UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| VS. | : | |
| | | 14-cr-87 |
| MAURICE THOMAS, et al., | : | |
| Defendants. | : | **ORDER OF RE-ALLOCATION AND REASSIGNMENT** |
| | : | |
| | : | |

It is on this 31st day of December, 2014 on the court's own motion:

ORDERED that the above entitled matter is hereby re-allocated from CAMDEN to TRENTON and reassigned from JUDGE JOSEPH E. IRENAS to JUDGE ANNE E. THOMPSON.

        s/ Jerome B. Simandle
        **JEROME B. SIMANDLE, CHIEF JUDGE**